IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAYDA MINOR,<br><br>                Plaintiff,<br><br>        vs.<br><br><br>FRANCHISE MANAGEMENT, INC., a Woodstock, New Brunswick, Canadian corporation, FRANCHISE MANAGEMENT INVESTORS US, LLC a Delaware corporation d/b/a TACO BELL/KFC in Plattsmouth, Nebraska,<br><br>                Defendants. | **4:24CV3224**<br><br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that the joint motion to amend, Filing No. 41, is granted. The final progression order, Filing No. 39, is amended as follows:

1)      The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for July 14, 2026 is <u>continued</u> and will be held with the undersigned magistrate judge on **August 25, 2026** at **10:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)      The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is August 28, 2026. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by September 11, 2026.

        **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)      The deposition deadline, including but not limited to depositions for

1

oral testimony only under Rule 45, is August 7, 2026.

4) The deadline for filing motions to dismiss and motions for summary judgment is September 22, 2026.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is September 22, 2026.

6) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7) All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 2nd day of July, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge