IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JAYDA MINOR,

Plaintiff,

vs.

FRANCHISE MANAGEMENT INVESTORS US, LLC, a Delaware Corporation; and FRANCHISE MANAGEMENT, INC., a Woodstock, New Brunswick, Canadian Corporation;

Defendants.

**4:24CV3224**

**ORDER FOR DISMISSAL**

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 49). Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 9th day of September, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge